707 A.2d 1141

**Robert J. AULETTI and Antoinette Aulette, His Wife, Petitioners,**

**v.**

**Diane KELLY, Respondent.**

Supreme Court of Pennsylvania.

April 15, 1998.

John B. Dunn, Stroudsburg, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW this 15th day of April, 1998, the petition for allowance of appeal is granted, the Order of the Superior Court is reversed and the matter is remanded to the Court of Common Pleas of Monroe County for consideration of the motion for judgment of non pros based upon *Jacobs v. Halloran*, —— Pa. ——, 710 A.2d 1098 (Pa.1998) and *Marino v. Hackman*, —— Pa. ——, 710 A.2d 1108 (Pa.1998). The Motion to Supplement the Petition for Allowance of Appeal is denied.